David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| Cheryl L. Scarbrough, <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND RESORTS FINANCIAL SERVICES, INC., and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 2:15-cv-02182-RFB-GWF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Plaintiff Cheryl L. Scarbrough and Experian hereby stipulate and agree that the above-entitled action shall be dismissed without prejudice in accordance

…

…

…

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian Information Solutions, Inc.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:                    January 12, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bob L. Olson, Esq. |
| David H. Krieger, Esq. | Bob L. Olson, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer, LLP |
| HAINES & KRIEGER, LLC | *Attorney for Defendant Experian* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: January 17, 2016.